**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

*In Re:*

| | | |
|---|---|---|
| **Eddie Richard Overstreet**, | | Case No. |
| **Tonya Elizabeth Overstreet**, | | Chapter 13 |

*Debtor(s).*

## CHAPTER 13 PLAN
(Individual Adjustment of Debts)

| | | |
|---|---|---|
| Debtor(s): | **Eddie Richard Overstreet** | s.s. # xxx-xx-1739 |
| | **Tonya Elizabeth Overstreet** | s.s. # xxx-xx-8748 |
| Debtor(s) Address: | **222 Windy Oaks Drive** | |
| | **Munford TN 38058** | |

Plan Payment:    Debtor(s) to pay    **$1,395.00**    MONTHLY

Payroll Deduction:    Yes (__)    No ( X )    Direct Pay Because _____    First Payment Date _____

Debtor(s) Employer:

Administrative:    Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.    Monthly Plan Payment

Auto Insurance:    ( X ) Not Included in Plan    (__) Included in Plan

Child Support:    Future support through Plan paid to _____
Ongoing child support payment start date _____
Arrearage Amount _____

Priority Creditors:    Internal Revenue Service    $10,000.00    ___%    $167.00
_____    _____    ___%    _____

Home Mortgages:    If no arrearage, ongoing payments are to be paid directly by debtor(s).
1st Mortgage on Primary Residence – 222 Windy Oaks Drive, Munford, TN 38058
Select Portfolio Servicing    Ongoing mortgage payment to be paid directly outside plan beginning    June 2015
Approximate arrearage $6,357.41    Interest 0.00 %    $106.00
2nd Mortgage on Primary Residence -
_____    Ongoing mortgage payment to begin _____
Ongoing mortgage payment to be paid directly outside plan beginning _____
Approximate arrearage $_____    Interest ___%    _____

Secured Creditors:    (Retain lien U.S.C. § 1325(a)(5))

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| Adequate protection payment will be ¼ (25%) of proposed creditor monthly payment. | | | |
| Carmax (PMSI: 2012 VW Eos, retain, under 910) | $25,000.00 | 5.25 % | $473.00 |
| Harley Davidson (PMSI: 2007 Harley Davidson, retain, under 910) | $12,000.00 | 5.25 % | $227.00 |
| Tipton County Trustee's Office (Property taxes) | $1,172.00 | % | $20.00 |
| Renee Wooten, Munford Tax Collector (Property taxes) | $473.00 | % | $8.00 |

Unsecured Creditors:    Absent a specific Court order otherwise, all claims, other than those specifically provided for in this plan, shall be paid as general unsecured debts. General unsecured creditors will receive an amount to be determined by Trustee.

CLASS 1    _____    _____    ___%    _____
CLASS 1    _____    _____    ___%    _____
LEASE    _____    _____    ___%    _____

Estimated Total Unsecured, Non-Priority Debt:    $13,860.00

Termination:    Plan shall terminate upon payment of the above, approximately 60 months.

Debtor(s) Attorney:    S. Jonathan Garrett (019389)    2670 Union Avenue Extended, Suite 1200, Memphis, Tennessee 38112-4424
Email: bk@garrettbankruptcylaw.com    Telephone: 901-323-3200    Fax: 901-323-3275

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN