**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Eddie Richard Overstreet |
| Debtor 2 (Spouse, if filing) | Tonya Elizabeth Overstreet |
| United States Bankruptcy Court for the: | Western District of Tennessee |
| Case number | 15-23694 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Rushmore Loan Management Services LLC as servicer for MTGLQ Investors, L.P. | **Court claim no.** (if known): | 17 |
| **Last 4 digits** of any number you use to identify the debtor's account: | XXXXXX6745 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | | (5) | |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | 11/01/17, 12/08/17, and 1/18/18 @ $16.50 each | (7) | $49.50 |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: Lien Research Fee | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C.  §1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1    Eddie Richard Overstreet        Case Number (if known)   15-23694

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Jodie Thresher       Date  07/12/2018
Signature

| | | |
|---|---|---|
| Print: | Joel W. Giddens, Heather Martin-Herron, Jodie Thresher & James Bergstrom | Title  Attorneys |
| Company | Wilson & Associates, PLLC | |
| Address | 5050 Poplar, Suite 1015<br>Memphis, TN 38157 | |
| Contact phone | (901) 578-9914        Email   jgiddens \| hmartin-herron \| jthresher \| jbergstrom@TheWilsonLawFirm.com | |

**CERTIFICATE OF SERVICE**

On ___July 12, 2018___, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

S. Jonathan Garrett
Attorney at Law
2670 Union Avenue Extended, Suite 1200
Memphis, TN 38112-4424

George W. Stevenson
Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697

and served via U.S. mail upon:

Eddie Richard Overstreet,
Tonya Elizabeth Overstreet
Debtor
222 Windy Oaks Drive
Munford, TN 38058

/s/ Jodie Thresher
Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)
Jodie Thresher (025730)
James Bergstrom (20622)

W&A No. 325214